*In re* **RUDER**, Lawrence Theodore (MR 20527)
Chicago, IL

**Order of the Court:**

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b)is allowed, and respondent Lawrence Theodore Ruder is censured and ordered to attend the professionalism seminar of the Illinois Professional Responsibility Institute within one year of entry of this order.